IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHARON PAIGE                                                                                    PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:21-cv-618-CWR-FKB

MISSISSIPPI DEPARTMENT OF MENTAL HEALTH;
HUDSPETH REGIONAL CENTER (BOSWELL);
DIRECTOR JERRIE BARNES; and
DIRECTOR KEESHA LOWE NASH                                                         DEFENDANTS

## DEFENDANT'S MOTION FOR SANCTIONS

COME NOW Defendants, Mississippi Department of Mental Health ("MDMH"), Hudspeth Regional Center, Jerrie Barnes, and Keesha Lowe Nash, by and through undersigned counsel pursuant to Federal Rules of Civil Procedure 37(b)(2) move to dismiss the following of Plaintiff's claims, and would show unto the Court the following:

1. Defendants moved to compel plaintiff to provide disclosures pursuant to Fed. R. Civ. P. 26. [Doc. 15]

2. After plaintiff did not respond to that motion, this Court entered its Order requiring the plaintiff to produce pre-discovery disclosures to defendants by March 20, 2023, and "failure to comply may result in an award of sanctions, which may include dismissal of this case for failure to prosecute." [Doc. 16]

3. As of the date of this motion, defendants have not received plaintiff's pre-discovery disclosures.

4. Due to the plaintiff's failure to comply with this Court's Order,

1

defendants request that the Court sanction plaintiff with dismissal of this case in its entirety.

5. Because of the straightforward nature of this motion, defendants also request that the requirement for a separate, supporting memorandum of authorities be waived.

For the reasons above, Defendants respectfully request that this case be dismissed with prejudice for plaintiff's failure to prosecute.

Respectfully submitted, this the 21st day of March 2023.

> MISSISSIPPI DEPARTMENT OF MENTAL HEALTH, ET AL., *Defendant*
>
> LYNN FITCH, ATTORNEY GENERAL STATE OF MISSISSIPPI
>
> */s/ Morgan A Middleton*
> Special Assistant Attorney General
> Mississippi Bar No. 105969
> Mississippi Attorney General Office
> P.O. Box 220
> Jackson, Mississippi 39205-0220
> Telephone: (601) 359-4721
> E-mail: Morgan.Middleton@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be mailed, via U.S. Mail Certified, postage prepaid, and via electronic means, a true and correct copy of the above and foregoing document, to the following interested party:

Sharon Paige
226 Tudor Circle
Brandon, MS 39042
Shatan09@yahoo.com

       THIS the 21st day of March 2023.

            */s/ Morgan A. Middleton*
            Morgan A. Middleton