IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **SHARON PAIGE**, *Plaintiff*, v. **MISSISSIPPI DEPARTMENT OF MENTAL HEALTH; HUDSPETH REGIONAL CENTER (BOSWELL); DIRECTOR JERRIE BARNES; and DIRECTOR KEESHA LOWE NASH,** *Defendants*. | CAUSE NO. 3:21-CV-618-CWR-FKB |

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 31, this case is dismissed without prejudice and closed on the Court's docket.

**SO ORDERED**, this the 30th day of January, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE